# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven J. Gibson                                    CHAPTER 13

                Debtor(s)

BKY. NO. 23-12955 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Oct 2023, 14:52:13, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322