**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12955-pmm |
| Steven J. Gibson, | Chapter 13 |
| Debtor. | |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay ("the Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: _____

_____
Patricia M. Mayer
U.S. Bankruptcy Judge