# United States Bankruptcy Court
## Eastern District Of Pennsylvania

In re    Gibson, Steven J.                                    Case No.    23-12955

Chapter    13

Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document(s):

**Motion to Extend Automatic Stay**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on    10/10/2023   .

Dated:    10/10/2023                                        /s/ Michael A. Cibik

Michael A. Cibik
Debtor or Debtor's(s') Counsel
Bar Number: 23110
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com

| | | |
|---|---|---|
| **Capital One Auto Finance**<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | **City of Philadelphia**<br>Municipal Services Building<br>1401 John F Kennedy Blvd 5th Floor<br>Philadelphia, PA 19102-1640 | **City of Philadelphia**<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101-1819 |
| **Exeter Finance LLC**<br>Attn: Bankruptcy<br>PO Box 166008<br>Irving, TX 75016 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Jefferson Capital Systems, LLC**<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| **Nationstar Mortgage LLC**<br>350 Highland Dr<br>Lewisville, TX 75067-4488 | **PECO Energy Company**<br>2301 Market St<br>Philadelphia, PA 19103-1338 | **Pennsylvania Attorney General**<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| **Pennsylvania Department of Revenue**<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | **Pennsylvania Office of General Counsel**<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | **Philadelphia Gas Works**<br>800 W Montgomery Ave<br>Philadelphia, PA 19122-2806 |

Debtor  Gibson, Steven J.                                                              Case number 23-12955

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden Street
Philadelphia, PA 19123

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Purchasing Power LLC**
Attn: Bankruptcy
2727 Paces Ferry Rd Se Ste 1-200 Bldg 2
Atlanta, GA 30339-6151

**Trouvaille Federal Credit Union**
Attn: Bankruptcy
4700 Wissahickon Ave Ste 126
Philadelphia, PA 19144-4248

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Education**
Default Resolution Group
PO Box 5609
Greenville, TX 75403-5609

**U.S. Department of Justice**
950 Pennsylvania Ave NW
Washington, DC 20530-0009