**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Steven J. Gibson** | | |
| DEBTOR | : | BKY. NO. 23-12955-pmm |

O R D E R

AND NOW, this **16th** day of **October**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **10/23/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge