**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven J. Gibson,    :    Chapter 13
                                                 :
Debtor.    :    Bky. No. 23-12955 (PMM)

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay (doc. #9, the "Motion");

**AND** a hearing on the Motion having been held on October 25, 2023;

**AND** for the reasons stated in open court, it is hereby **ordered** that:

1. The automatic stay shall remain in place with regard to all creditors, see 11 U.S.C. §362(c)(3), **November 8, 2023**; and

2. The hearing on the Motion is continued to **November 8, 2023 at 1:00 p.m**.

*/s/ Patricia M. Mayer*

Date: October 25, 2023

                                           **PATRICIA M. MAYER**
                                           **U.S. BANKRUPTCY JUDGE**