**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: STEVEN J. GIBSON,         :
                                  :    Chapter 13
                                  :
        Debtor                    :
                                  :    Bky. No. 23-12955 PMM

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) (doc. #9, the "Motion") and after notice and hearing, and there being no opposition to the Motion;

It is hereby **ORDERED** that:

1) The Motion is **granted**; and

2) The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

**Date:**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**