Aug. 29. 2023  6:58PM                                                                                                    No. 4482    P. 54

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number  8037715
Check Date  07/28/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

**Net Pay** 1916.79

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | HUP | M7125 | 07/22/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 109.65 | 2922.09 | 39950.21 |
| Total Deductions | | 1005.30 | 14105.81 |
| Total Net | | 1916.79 | 25844.40 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 639.58 |
| Legal Holiday | 14.40 | 26.65 | 383.75 | 752.74 |
| Overtime 1.5x FLSA | | | | 4785.30 |
| Personal Holiday | 12.00 | 26.65 | 319.79 | 1296.07 |
| Regular Pay | 71.25 | 26.65 | 1898.76 | 26265.24 |
| Sick Pay | | | | 934.77 |
| Training Pay Off Job | | | | 307.49 |
| Vacation Pay | 12.00 | 26.65 | 319.79 | 3087.20 |
| Worked Legal Holiday | | | | 1881.82 |
| Total | 109.65 | | 2922.09 | 39950.21 |

*(Handwritten note around Vacation Pay row: "VACATION PAY ADDED by Supv to help me out")*

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 326.18 | 4347.99 |
| MEDICARE TAX EE PAID | 39.56 | 542.49 |
| PA Unemployment EE | 2.05 | 27.97 |
| PENNSYLVANIA STATE TAX | 83.77 | 1148.59 |
| PHILADELPHIA TAX | 110.75 | 1514.09 |

|  | Current | Year to Date |
|---|---|---|
| SOCIAL SECURITY TAX - Employee | 169.18 | 2319.63 |
| Total | 731.49 | 9900.76 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.55 | 14.88 |
| *DC UPHS EE P Fidelity | 58.44 | 799.00 |
| *Delta Dental | 6.35 | 95.25 |
| *Health Care Flex - Even | 117.31 | 234.62 |
| *Health Care Flex - Odd |  | 1200.03 |
| *Penn Care | 65.00 | 930.41 |
| *Vision Service Plan | 4.11 | 61.65 |
| Total | 251.76 | 3335.84 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 22.05 | 319.70 |
| Supplemental Life Insurance |  | 549.51 |
| Total | 22.05 | 869.21 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1916.79 |

Aug. 29. 2023  6:59PM                                                                                                No. 4482    P. 56

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number        8070108
Check Date    08/11/2023

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Steven J. Gibson                                                                              **Net Pay  1926.67**
4307 Mantua Avenue
Philadelphia, PA 19104                                                                        NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | HUP | M7125 | 08/05/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 110.25 | 2938.05 | 42888.26 |
| Total Deductions | | 1011.38 | 15117.19 |
| Total Net | | 1926.67 | 27771.07 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 639.58 |
| Legal Holiday | | | | 752.74 |
| Overtime 1.5x FLSA | | | | 4785.30 |
| Personal Holiday | | | | 1296.07 |
| Regular Pay | 64.50 | 26.65 | 1718.86 | 27984.10 |
| Sick Pay | | | | 934.77 |
| Training Pay Off Job | | | | 307.49 |
| Training Pay On Job | 3.75 | 26.65 | 99.93 | 99.93 |
| Vacation Pay | 42.00 | 26.65 | 1119.26 | 4206.46 |
| Worked Legal Holiday | | | | 1881.82 |
| Total | 110.25 | | 2938.05 | 42888.26 |

[handwritten note: "VACATION PAY ADDED by EMP to help me out" with circle around 26.65]

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 329.62 | 4677.61 |
| MEDICARE TAX EE PAID | 39.80 | 582.29 |
| PA Unemployment EE | 2.05 | 30.02 |
| PENNSYLVANIA STATE TAX | 84.26 | 1232.85 |

| | | |
|---|---|---|
| PHILADELPHIA TAX | 111.35 | 1625.44 |
| SOCIAL SECURITY TAX - Employee | 170.17 | 2489.80 |
| Total | 737.25 | 10638.01 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.55 | 15.43 |
| *DC UPHS EE P Fidelity | 58.76 | 857.76 |
| *Delta Dental | 6.35 | 101.60 |
| *Health Care Flex - Even | 117.31 | 351.93 |
| *Health Care Flex - Odd | | 1200.03 |
| *Penn Care | 65.00 | 995.41 |
| *Vision Service Plan | 4.11 | 65.76 |
| Total | 252.08 | 3587.92 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 22.05 | 341.75 |
| Supplemental Life Insurance | | 549.51 |
| Total | 22.05 | 891.26 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1926.67 |

Aug. 29, 2023   6:59PM                                                                    No. 4482   P. 58

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number        8102317
Check Date    08/25/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson                                                                   **Net Pay** 1485.21
4307 Mantua Avenue
Philadelphia, PA 19104                                                             NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | HUP | M7125 | 08/19/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 84.00 | 2238.53 | 45126.79 |
| Total Deductions | | 753.32 | 15870.51 |
| Total Net | | 1485.21 | 29256.28 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 639.58 |
| Legal Holiday | 7.20 | 26.65 | 191.87 | 944.61 |
| Overtime 1.5x FLSA | | | | 4785.30 |
| Personal Holiday | 4.80 | 26.65 | 127.92 | 1423.99 |
| Regular Pay | 60.00 | 26.65 | 1598.95 | 29583.05 |
| Sick Pay | | | | 934.77 |
| Training Pay Off Job | | | | 307.49 |
| Training Pay On Job | | | | 99.93 |
| Vacation Pay | 12.00 | 26.65 | 319.79 | 4526.25 |
| Worked Legal Holiday | | | | 1881.82 |
| Total | 84.00 | | 2238.53 | 45126.79 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 187.51 | 4865.12 |
| MEDICARE TAX EE PAID | 29.66 | 611.95 |
| PA Unemployment EE | 1.57 | 31.59 |
| PENNSYLVANIA STATE TAX | 62.79 | 1295.64 |

|  | PHILADELPHIA TAX | 84.84 | 1710.28 |
|---|---|---|---|
|  | SOCIAL SECURITY TAX - Employee | 126.81 | 2616.61 |
|  | Total | 493.18 | 11131.19 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.55 | 15.98 |
| *DC UPHS EE P Fidelity | 44.77 | 902.53 |
| *Delta Dental | 6.35 | 107.95 |
| *Health Care Flex - Even | 117.31 | 469.24 |
| *Health Care Flex - Odd |  | 1200.03 |
| *Penn Care | 65.00 | 1060.41 |
| *Vision Service Plan | 4.11 | 69.87 |
| Total | 238.09 | 3826.01 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 22.05 | 363.80 |
| Supplemental Life Insurance |  | 549.51 |
| Total | 22.05 | 913.31 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1485.21 |