UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number #167068
Check No. 09/22/2023

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

Net Pay 1271.17

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | HUP | M7130 | 09/16/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.75 | 1938.73 | 49880.34 |
| Total Deductions | | 667.56 | 17497.29 |
| Total Net | | 1271.17 | 32383.05 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 639.58 |
| Legal Holiday | | | | 944.61 |
| Overtime 1.5x FLSA | | | | 5554.81 |
| Personal Holiday | | | | 1423.99 |
| Regular Pay | 72.75 | 26.65 | 1938.73 | 33467.16 |
| Sick Pay | | | | 934.77 |
| Training Pay Off Job | | | | 307.49 |
| Training Pay On Job | | | | 99.93 |
| Vacation Pay | | | | 4626.18 |
| Worked Legal Holiday | | | | 1881.82 |
| Total | 72.75 | | 1938.73 | 49880.34 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 152.26 | 5320.44 |
| MEDICARE TAX EE PAID | 25.31 | 675.27 |
| PA Unemployment EE | 1.36 | 34.92 |
| PENNSYLVANIA STATE TAX | 53.58 | 1429.70 |
| PHILADELPHIA TAX | 72.70 | 1884.48 |
| SOCIAL SECURITY TAX - Employee | 108.21 | 2887.35 |
| Total | 413.42 | 12232.16 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.55 | 17.08 |
| *DC UPHS EE P Fidelity | 38.77 | 997.60 |
| *Delta Dental | 6.35 | 120.65 |
| *Health Care Flex - Even | 117.31 | 703.86 |
| *Health Care Flex - Odd | | 1200.03 |
| *Penn Care | 65.00 | 1190.41 |
| *Vision Service Plan | 4.11 | 78.05 |
| Total | 232.09 | 4307.72 |

12/11/23, 1:38 PM															Pay Stub

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 22.05 | 407.90 |
| Supplemental Life Insurance |  | 549.51 |
| Total | 22.05 | 957.41 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1271.17 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Check Date 09/08/2023

VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Net Pay 1855.60

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | HUP | M7130 | 09/02/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.00 | 2814.82 | 47941.61 |
| Total Deductions | | 959.22 | 16829.73 |
| Total Net | | 1855.60 | 31111.88 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 639.58 |
| Legal Holiday | | | | 944.61 |
| Overtime 1.5x FLSA | 19.25 | 26.65 | 769.51 | 5554.81 |
| Personal Holiday | | | | 1423.99 |
| Regular Pay | 73.00 | 26.65 | 1945.38 | 31528.43 |
| Sick Pay | | | | 934.77 |
| Training Pay Off Job | | | | 307.49 |
| Training Pay On Job | | | | 99.93 |
| Vacation Pay | 3.75 | 26.65 | 99.93 | 4626.18 |
| Worked Legal Holiday | | | | 1881.82 |
| Total | 96.00 | | 2814.82 | 47941.61 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 303.06 | 5168.18 |
| MEDICARE TAX EE PAID | 38.01 | 649.96 |
| PA Unemployment EE | 1.97 | 33.56 |
| PENNSYLVANIA STATE TAX | 80.48 | 1376.12 |
| PHILADELPHIA TAX | 101.50 | 1811.78 |
| SOCIAL SECURITY TAX - Employee | 162.53 | 2779.14 |
| Total | 687.55 | 11818.74 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.55 | 16.53 |
| *DC UPHS EE P Fidelity | 56.30 | 958.83 |
| *Delta Dental | 6.35 | 114.30 |
| *Health Care Flex - Even | 117.31 | 586.55 |
| *Health Care Flex - Odd | | 1200.03 |
| *Penn Care | 65.00 | 1125.41 |
| *Vision Service Plan | 4.11 | 73.98 |
| Total | 249.62 | 4075.63 |

https://pennmedaccess.uphs.upenn.edu/f5-w-68747470733a2f2f6c617770726f6461707031302e757068732e7570656e6e2e656475$$/lawson/xhmet/... 1/2

12/11/23, 1:35 PM   Pay Stub

| Aftertax Deductions | | | |
|---|---|---|---|
| Description | | Current | Year to Date |
| Short Term Disability Post Tax | | 22.05 | 385.85 |
| Supplemental Life Insurance | | | 549.51 |
| | | | 935.36 |
| Total | | 22.05 | |

| Auto Deposit Distributions | | | |
|---|---|---|---|
| Routing | Account | Description | Amount |
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1855.60 |