### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Steven J. Gibson**<br>　　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **Nationstar Mortgage LLC**<br>　　　　　　　　**Movant** | |
| 　　　　vs. | **NO.** 23-12955 PMM |
| **Steven J. Gibson**<br>　　　　　　　　**Respondent(s)** | |
| **KENNETH E. WEST ESQUIRE**<br>　　　　　　　　**Trustee** | |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Nationstar Mortgage LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge