# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Steven J. Gibson**<br>　　　　　　　　　**Debtor(s)**<br><br>**Nationstar Mortgage LLC**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Steven J. Gibson**<br>　　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 23-12955 PMM |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **December 26, 2023**.

KENNETH E. WEST ESQUIRE
830 Lansdowne Avenue (VIA ECF)
Drexel Hill, PA 19026

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104

Date: December 26, 2023

By: **/s/Denise Carlon**

　　　　Denise Carlon, Esquire
　　　　KML Law Group, P.C.
　　　　The Lits Building
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106
　　　　215-627-1322
　　　　Attorney for Movant/Applicant