**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12955-pmm |
| Steven J. Gibson, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Nationstar Mortgage LLC (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Purchasing Power LLC
2727 Paces Ferry Rd, SE,
Ste 1200–Bldg 2
Atlanta, GA 30339

Date: December 27, 2023

_____
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com