UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    STEVEN  J. GIBSON

                                  Bankruptcy No. 23-12955-PMM

                Debtor

## ORDER

Upon consideration of the Objection of Kenneth E. West, Esq., Standing Chapter 13 Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Confirmation of the Plan is denied.

_____
Patricia M. Mayer
U.S. BANKRUPTCY JUDGE