United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-12955-pmm

Steven J. Gibson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven J. Gibson, 4307 Mantua Ave, Philadelphia, PA 19104-1215 |
| 14821700 | #+ | Nationstar Mortgage LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14820947 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14820949 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14820951 | | Purchasing Power LLC, Attn: Bankruptcy, 2727 Paces Ferry Rd Se Ste 1-200 Bldg 2, Atlanta, GA 30339-6151 |
| 14820952 | | Trouvaille Federal Credit Union, Attn: Bankruptcy, 4700 Wissahickon Ave Ste 126, Philadelphia, PA 19144-4248 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14833731 | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14820938 | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14820937 | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2024 23:55:12 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14820939 | Email/Text: bankruptcy@philapark.org | May 21 2024 23:44:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14820940 | + Email/PDF: acg.exeter.ebn@aisinfo.com | May 21 2024 23:55:27 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 14820941 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2024 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14836879 | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2024 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14820942 | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2024 23:44:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14820943 | Email/Text: nsm_bk_notices@mrcooper.com | | |

District/off: 0313-2                              User: admin                              Page 2 of 3

Date Rcvd: May 21, 2024                          Form ID: pdf900                          Total Noticed: 29

| | | May 21 2024 23:44:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067-4488 |
|---|---|---|---|
| 14836999 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 21 2024 23:44:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14821448 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 21 2024 23:44:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14821435 | ^ MEBN | | |
| | | May 21 2024 23:34:46 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820944 | + Email/Text: bankruptcygroup@peco-energy.com | | |
| | | May 21 2024 23:44:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14820945 | Email/Text: fesbank@attorneygeneral.gov | | |
| | | May 21 2024 23:44:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14820946 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 21 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14820947 | ^ MEBN | | |
| | | May 21 2024 23:34:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14820948 | ^ MEBN | | |
| | | May 21 2024 23:34:47 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14820950 | + Email/Text: bankruptcy@philapark.org | | |
| | | May 21 2024 23:44:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14837259 | + Email/Text: bankruptcy@purchasingpower.com | | |
| | | May 21 2024 23:44:00 | Purchasing Power, LLC, 2727 Paces Ferry Rd, SE,, Ste 1200-Bldg 2, 2727 Paces Ferry Rd, SE,, Atlanta, GA 30339-4053 |
| 14820953 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | May 21 2024 23:44:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820954 | Email/Text: EDBKNotices@ecmc.org | | |
| | | May 21 2024 23:44:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14820955 | ^ MEBN | | |
| | | May 21 2024 23:34:44 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024                    Signature:        /s/Gustava Winters

District/off: 0313-2                          User: admin                                      Page 3 of 3

Date Rcvd: May 21, 2024                       Form ID: pdf900                                  Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

CHRISTOPHER A. DENARDO
                                  on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

DENISE ELIZABETH CARLON
                                  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                                  on behalf of Debtor Steven J. Gibson help@cibiklaw.com
                                  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                                  m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
                                  on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: STEVEN J. GIBSON                    :        Chapter 13
                                           :
           Debtor(s)                       :
                                           :        Bankruptcy No.: 23-12955 PMM

### CONSENT ORDER

          AND NOW, this          day of                    ,2024, upon agreement of the
parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with a bar to re-
filing, it is

          ORDERED, that in light of 4 prior bankruptcy filings of debtor, if this case is dismissed
for any reason, debtor(s) shall be prohibited from filing any subsequent bankruptcy case,
individually or jointly, within a period of 365 days of dismissal, and it is further

          ORDERED, that this Consent Order shall be effective without any further reference to
its terms in any subsequent dismissal of this case, regardless of the circumstances of the
dismissal, the identity of the party who is moving for dismissal, or the express terms of the order
dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate
this Consent Order and the barring of the debtor from further filings in accordance with its terms.


_5-9-24_
Date

                                                  _____
                                                  Jack K. Miller, Esquire, for
                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee

_05/08/2024_____                        /s/ Michael I. Assad
Date                                              Attorney for Debtor

05/08/2024                                        _____
Date                                              Steven J. Gibson (May 8, 2024 12:51 EDT)
                                                  Debtor

_____                             _____
Date                                              Debtor

**Date: May 21, 2024**                            _____
                                                  HON. PATRICIA M. MAYER
                                                  BANKRUPTCY JUDGE