## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| STEVEN J. GIBSON : | CHAPTER 13 |
| *Debtor* : | |
| : | CASE NO: 23-12955-pmm |
| COMMONWEALTH OF PENNSYLVANIA : | |
| DEPARTMENT OF TRANSPORTATION, : | |
| *Movant* : | |
| vs. : | |
| : | |
| STEVEN J. GIBSON, : | |
| *Respondent* : | |
| : | |
| KENNETH E. WEST : | |
| *Chapter 13 Trustee* : | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

The Commonwealth of Pennsylvania, Department of Transportation has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding Debtor's property located at 4307 Mantua Avenue, Philadelphia, PA 19104, Tax Parcel No. 98-N-3-287.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEN WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Wednesday, July 31, 2024, you, or your attorney must do all of the following:

    a. file an answer explaining your position at:

    Clerk, U.S. Bankruptcy Court
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. mail a copy to the Movant's attorney:

    Philip H. Viglione, Esquire
    Commonwealth of Pennsylvania
    Department of Transportation

       Southeastern Regional Office
       7000 Geerdes Boulevard, Suite 413
       King of Prussia, PA 19406

    2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Wednesday, August 7, 2024 at 1:00 PM** in Robert N.C. Nix, Sr. Federal Courthouse, Courtroom #1, 900 Market Street, Suite 400, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

    6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

    7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

    8. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court 900 Market Street, Suite 400, Philadelphia, PA 19107.

    9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

                Respectfully submitted,

                /s/ Philip H. Viglione
                Philip H. Viglione
                *Assistant Counsel*
                PA ID #319177
                pviglione@pa.gov
                Department of Transportation
                Southeastern Regional Office
                7000 Geerdes Boulevard
                King of Prussia, PA 19406
                PA Attorney ID# 319177
                Phone: (610) 205-6600

Date: <u>July 17, 2024</u>