# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| STEVEN J. GIBSON | : CHAPTER 13 |
| *Debtor* | : |
| | : CASE NO: 23-12955-pmm |
| COMMONWEALTH OF PENNSYLVANIA | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| *Movant* | : |
| vs. | : |
| | : |
| STEVEN J. GIBSON, | : |
| *Respondent* | : |
| | : |
| KENNETH E. WEST | : |
| *Chapter 13 Trustee* | : |

## CERTIFICATE OF NO OBJECTION OR RESPONSE TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 51)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 51 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than **July 31, 2024**.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

/s/ Philip H. Viglione
Philip H. Viglione
*Assistant Counsel*
PA Attorney ID# 319177
pviglione@pa.gov
Department of Transportation
Southeastern Regional Office
7000 Geerdes Boulevard
King of Prussia, PA 19406
Phone: (610) 205-6600

Date: August 2, 2024