IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| STEVEN J. GIBSON | : | CHAPTER 13 |
| *Debtor* | : | |
| | : | CASE NO: 23-12955-pmm |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| *Movant* | : | |
| vs. | : | |
| | : | |
| STEVEN J. GIBSON, | : | |
| *Respondent* | : | |
| | : | |
| KENNETH E. WEST | : | |
| *Chapter 13 Trustee* | : | |

## ORDER OF COURT

Upon consideration of Movant's, The Commonwealth of Pennsylvania, Department of Transportation, Motion for Relief from Automatic Stay, and upon consideration of any response thereof, it is hereby ORDERED that Movant is granted relief from the automatic stay pursuant to the United States Bankruptcy Code, 11 U.S.C. § 362(d) as to the Debtor's real property located at 4307 Mantua Ave, Philadelphia, PA 19104.

BY THE COURT,

**Date: August 6, 2024**

*/s/ Patricia M. Mayer*

_____
Hon. Patricia M. Mayer