United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Steven J. Gibson  
    Debtor

Case No. 23-12955-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 06, 2024     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven J. Gibson, 4307 Mantua Ave, Philadelphia, PA 19104-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven J. Gibson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Philip H. Viglione | on behalf of Interested Party Commonwealth of Pennsylvania  Department of Transportation pviglione@pa.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Aug 06, 2024  Form ID: pdf900  Total Noticed: 1
TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| STEVEN J. GIBSON : | CHAPTER 13 |
| *Debtor* : | |
| : | CASE NO: 23-12955-pmm |
| COMMONWEALTH OF PENNSYLVANIA : | |
| DEPARTMENT OF TRANSPORTATION, : | |
| *Movant* : | |
| vs. : | |
| : | |
| STEVEN J. GIBSON, : | |
| *Respondent* : | |
| : | |
| KENNETH E. WEST : | |
| *Chapter 13 Trustee* : | |

## ORDER OF COURT

Upon consideration of Movant's, The Commonwealth of Pennsylvania, Department of Transportation, Motion for Relief from Automatic Stay, and upon consideration of any response thereof, it is hereby ORDERED that Movant is granted relief from the automatic stay pursuant to the United States Bankruptcy Code, 11 U.S.C. § 362(d) as to the Debtor's real property located at 4307 Mantua Ave, Philadelphia, PA 19104.

**Date: August 6, 2024**

BY THE COURT,

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer