eRecorded in Philadelphia PA Doc Id: 53185824
03/16/2017 PM Page 1 of 4    Rec Fee: $220.00
Receipt#: 17-28211
Records Department    Doc Code: A

When Recorded Return To:
DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**SELLER'S SERVICING #** ▇▇▇▇▇ "GIBSON"

**MIN** ▇▇▇▇▇▇▇▇▇▇ **SIS #: 1-888-679-6377**

Date of Assignment: March 14th, 2017

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COLDWELL BANKER MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Assignee: NATIONSTAR MORTGAGE LLC

I hereby certify the precise address of the within named Assignor is P.O. BOX 2026, FLINT, MI 48501-2026.

I hereby certify the precise address of the within named Assignee is 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: STEVEN J GIBSON, AN UNMARRIED MAN  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COLDWELL BANKER MORTGAGE
Date of Mortgage: 03/05/2009 Recorded: 04/02/2009 as Instrument/Document: 52045169 In the County of Philadelphia, State of Pennsylvania.
Property Address: 4307 MANTUA AVENUE, PHILADELPHIA, PA 19104 in the City of Philadelphia
Legal: ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE ON THE NORTHEAST SIDE OF MANTUA AVENUE AT THE DISTANCE OF EIGHT HUNDRED SEVENTY-FOUR FEET, FOUR AND ONE-HALF INCHES NORTHWESTWARD FROM THE WEST SIDE OF FORTY-SECOND STREET IN THE SIXTH WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID MANUA AVENUE, SIXTEEN FEET, FIVE AND THREE-FOURTHS INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHEASTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID MANTUA AVENUE, NINETY-SEVEN FEET.

BOUNDED ON THE NORTHWESTWARDLY SIDE OF THEREOF BY A THREE FEET WIDE ALLEY COMMUNICATING AT THE NORTHEAST END THEREOF WITH ANOTHER THREE FEET WIDE ALLEY LENDING SOUTHWESTWARDLY INTO THE SAID MANTUA AVENUE.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 3

BEING KNOWN AS AND NUMBERED 4307 MANTUA AVENUE.

I do certify that the precise address of NATIONSTAR MORTGAGE LLC is 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019

Attested By _____

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $103,097.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COLDWELL BANKER MORTGAGE, ITS SUCCESSORS AND ASSIGNS
On March 14th, 2017

By _____
SANYIKA GREEN, Assistant Secretary

CORPORATE ASSIGNMENT OF MORTGAGE Page 3 of 3

STATE OF Texas
COUNTY OF Dallas

On March 14th, 2017, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared SANYIKA GREEN, Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COLDWELL BANKER MORTGAGE, ITS SUCCESSORS AND ASSIGNS, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019  #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

52045169   Page 12 of 12
04/02/2009 09:45AM

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE on the Northeast side of Mantua Avenue at the distance of Eight Hundred Seventy-four feet, Four and One-half inches Northwestward from the West side of Forty-second Street in the Sixth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Mantua Avenue, Sixteen feet, Five and Three-fourths inches and extending of that width in length or depth Northeastward between parallel lines at right angles to the said Mantua Avenue, Ninety-seven Feet.

BOUNDED on the Northeastwardly side thereof by a Three feet wide alley communicating at the Northeast end thereof with another Three feet wide alley lending Southeastwardly into the said Mantua Avenue.

BEING known as and Numbered 4307 Mantua Avenue.

Commonly known as: 4307 Mantua Avenue, Philadelphia, PA 19104.