# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven J. Gibson<br>    Debtor(s)<br><br>Nationstar Mortgage LLC<br>    Movant<br> vs.<br><br>Steven J. Gibson<br>    Debtor(s)<br><br>KENNETH E. WEST ESQUIRE<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 23-12955 PMM<br><br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

  I, Denise Carlon, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Nationstar Mortgage LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on September 20, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104

Attorney for Debtor(s)
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Date: September 20, 2024

Trustee
KENNETH E. WEST ESQUIRE
830 Lansdowne Avenue (VIA ECF)
Drexel Hill, PA 19026

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

/s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant