# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Steven J. Gibson | | CHAPTER 13 |
| | Debtor(s) | |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 23-12955 PMM |
| Steven J. Gibson | | |
| | Respondent | |
| Kenneth E. West | | |
| | Additional Respondent | 11 U.S.C. Section 362 |

## CERTIFICATE OF NO OBJECTION

I, Denise Carlon, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion for Relief from Automatic Stay filed on September 20, 2024 (Doc No. 57). The deadline for filing an objection or other response was October 4, 2024.

/s/ Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
dcarlon@kmllawgroup.com