**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven J. Gibson<br><br>　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC<br><br>　　　　　　　Movant<br><br>　　　v.<br><br>Steven J. Gibson<br><br>　　　　　　　Debtor(s)<br><br>Kenneth E. West<br><br>　　　　　　　Trustee | CHAPTER 13<br>BK NO: 23-12955 PMM |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on October 7, 2024, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104

Method of Service:　　Mail first class; Specify if other:

Date: October 7, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com