**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                                          Case No. 23-12955-PMM

    Steven J. Gibson,                                                          Chapter 13

        Debtor.

## MOTION TO RECONSIDER RELIEF ORDER OR IN THE ALTERNATIVE REINSTATE THE STAY

1. Debtor filed for protection under Chapter 13 on September 29, 2023.

2. Debtor's plan was confirmed June 4, 2024.

3. Debtor fell behind on his mortgage payments. The Motion for Relief From the Automatic Stay is attached as exhibit A.

4. Debtor has the ability to cure. Debtor has the $3,033.44 needed to bring the post-petition mortgage current.

5. The relief order is attached as exhibit B.

    WHEREFORE, Debtor prays that this Honorable Court enter an order reconsidering relief order or in the alternative reinstate the stay.

Date: November 7, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com