# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Steven J. Gibson,

        Debtor.

Case No. 23-12955-PMM

Chapter 13

## **ORDER**

AND NOW, this _____ day of _____, 2024 upon consideration of the Debtor's Motion to Reconsider Relief Order or Alternatively to Reinstate the Stay.

It is hereby Ordered that the Motion is Granted. The relief order of October 8, 2024 is vacated, and the automatic stay shall remain in full force and effect.

By the Court:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge