**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

   Steven J. Gibson,

         Debtor.

Case No. 23-12955-PMM

Chapter 13

## CERTIFICATE OF SERVICE

I, MICHAEL A. CIBIK, Attorney for the Debtor, do hereby certify that a true and correct copy of the MOTION TO RECONSIDER RELIEF ORDER OR THE ALTERNATIVE TO REINSTATE THE STAY was served upon all creditors and parties in interest by electronic means or first class mail, postage pre-paid.

Denise Carlon, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106-1532

Dated: November 7, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com