**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: :   Steven J. Gibson <br> <u>Debtor(s)</u> | CHAPTER 13 <br> CASE NO. 23-12955 PMM <br> BANKRUPTCY |

**<u>CERTIFICATE OF SERVICE</u>**
**<u>NATIONSTAR LLC'S RESPONSE TO DEBTOR'S MOTION TO RECONSIDER STAY RELIEF ORDER</u>**

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 21, 2024, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Attorney for Debtor(s)</u>
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102


<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

                                                                           **/s/ Denise Carlon, Esquire** \_\_\_\_
                                                                           Denise Carlon, Esquire
                                                                           KML Law Group, P.C.
                                                                           701 Market Street, Suite 5000
                                                                           Philadelphia, PA 19106-1532
                                                                           (215) 627-1322
                                                                           dcarlon@kmllawgroup.com
                                                                           Attorney for Respondent