## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Steven J. Gibson <br> _Debtor(s)_ | | CHAPTER 13 |
| Nationstar Mortgage LLC <br> vs. | _Secured Creditor_ | NO. 23-12955 PMM |
| Steven J. Gibson <br> _Debtor(s)_ | | |
| Kenneth E. West <br> _Trustee_ | | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this _____ day of _____, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
United States Bankruptcy Judge