## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Steven J. Gibson <br> <u>Debtor(s)</u> | | CHAPTER 13 |
| Nationstar Mortgage LLC <br>   vs. <br> <u>Secured Creditor</u> | | NO. 23-12955 PMM |
| Steven J. Gibson <br> <u>Debtor(s)</u> | | |
| Kenneth E. West <br> <u>Trustee</u> | | <u>11 U.S.C. Section 362</u> |

### ORDER

AND NOW, this  8th  day of  January , 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

United States Bankruptcy Judge