## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  **STEVEN J. GIBSON**          :          Chapter 13
                                      :
                                      :
                                      :
                                      :
                    Debtor(s)         :          Bankruptcy No. 23-12955 PMM

## PRAECIPE TO WITHDRAW

Kindly withdraw the Proposed Consent Order filed in error on July 8, 2025. Docket entry #73.

                                                        Respectfully submitted,

                                                        /s/ Kenneth E. West, Esq
July 9, 2025,
                                                        Kenneth E. West
                                                        Chapter 13 Standing Trustee