**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **STEVEN J. GIBSON** | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-12955 PMM |

## Order Dismissing Chapter13 Case

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby ORDERED that this case is DISMISSED and that any wage orders previously entered are VACATED.

    **IT IS FURHTHER ORDERED**, the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case pursuant to the terms of the Consent Order entered on May 21, 2024.

                  **BY THE COURT**

                   _____
                   **HON. PATRICIA M. MAYER**
                   **BANKRUPTCY JUDGE**