United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                         Case No. 23-12955-pmm

Steven J. Gibson                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                   Page 1 of 3

Date Rcvd: Nov 04, 2025                            Form ID: pdf900                            Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven J. Gibson, 4307 Mantua Ave, Philadelphia, PA 19104-1215 |
| intp | + | Commonwealth of Pennsylvania, Department of Transp, PennDOT Southeastern Regional Office, 7000 Geerdes Boulevard, Suite 413, King of Prussia, PA 19406 UNITED STATES 19406-1525 |
| 14820945 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14820949 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14820952 | | Trouvaille Federal Credit Union, Attn: Bankruptcy, 4700 Wissahickon Ave Ste 126, Philadelphia, PA 19144-4248 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2025 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14833731 | | Email/Text: megan.harper@phila.gov | Nov 05 2025 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14820938 | | Email/Text: megan.harper@phila.gov | Nov 05 2025 00:32:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14820937 | | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2025 00:44:03 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14820939 | | Email/Text: bankruptcy@philapark.org | Nov 05 2025 00:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14820940 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 05 2025 01:01:04 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 14820941 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2025 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14836879 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 05 2025 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14820942 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 05 2025 00:32:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14820943 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14836999 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 00:31:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14821448 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 00:31:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14821435 | ^ | MEBN | Nov 05 2025 00:31:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX, 75261-9741 |
| | | | Nov 05 2025 00:26:02 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820944 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 05 2025 00:31:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14820946 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14820947 | ^ | MEBN | Nov 05 2025 00:26:16 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14820948 | ^ | MEBN | Nov 05 2025 00:26:05 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14820950 | | Email/Text: bankruptcy@philapark.org | Nov 05 2025 00:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14820951 | | Email/Text: bankruptcy@purchasingpower.com | Nov 05 2025 00:32:00 | Purchasing Power LLC, Attn: Bankruptcy, 2727 Paces Ferry Rd Se Ste 1-200 Bldg 2, Atlanta, GA 30339-6151 |
| 14837259 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 05 2025 00:32:00 | Purchasing Power, LLC, 2727 Paces Ferry Rd, SE,, Ste 1200-Bldg 2, 2727 Paces Ferry Rd, SE,, Atlanta, GA 30339-4053 |
| 14820953 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2025 00:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820954 | | Email/Text: EDBKNotices@ecmc.org | Nov 05 2025 00:31:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14820955 | ^ | MEBN | Nov 05 2025 00:25:59 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14821700 | ##+ | Nationstar Mortgage LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Nov 04, 2025　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　Total Noticed: 29

Date: Nov 06, 2025　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven J. Gibson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Philip H. Viglione | on behalf of Interested Party Commonwealth of Pennsylvania  Department of Transportation pviglione@pa.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: **STEVEN J. GIBSON**  :  Chapter 13
:
:
:
:
Debtor  :  Bankruptcy No. 23-12955 PMM

## Order Dismissing Chapter 13 Case

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby ORDERED that this case is DISMISSED and that any wage orders previously entered are VACATED.

  **IT IS FURTHER ORDERED**, the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case pursuant to the terms of the Consent Order entered on May 21, 2024.

BY THE COURT

*Patricia M. Mayer*
_____
**HON. PATRICIA M. MAYER**
**Date: November 4, 2025**     **BANKRUPTCY JUDGE**