| Case No. | Case Title | Party Represented | Date Filed |
|---|---|---|---|
| 18-13201-djb | Reynard D. Warfield | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-5, Mortgage Pass-Through Certificates, Series 2007-5 | 2018-05-12 |
| 19-11149-pmm | Curtis Lee Wright, Sr. | WILMINGTON SAVINGS FUND SOCIETY, FSB not in its individual capacity, but solely as Indenture Trustee for the CIM Trust 2025-R1 Mortgage-Backed Notes, Series 2025-R1 | 2019-02-25 |
| 19-12145-pmm | John W. Mest and Darlene S. Mest | Nationstar Mortgage LLC d/b/a Mr. Cooper | 2019-04-03 |
| 19-14254-pmm | David A. Eckroth and Rosa A. Eckroth | Bank of America, N.A | 2019-07-03 |
| 19-14860-djb | John J McGinnis and Margaret M McGinnis | Nationstar Mortgage LLC | 2019-08-01 |
| 19-16061-amc | Tatyna Petrosov | The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWALT 2005-76) | 2019-09-26 |
| 19-16609-amc | John Ramon Coronado and Madeline Beverly Lorenzo | Nationstar Mortgage LLC d/b/a Mr. Cooper | 2019-10-22 |
| 20-11075-pmm | Denise M Hewitt | KelDon I LLC | 2020-02-21 |
| 20-11552-djb | Dean M. Maria, Jr. and Jill M. Maria | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-A | 2020-03-12 |
| 20-12522-amc | Drew T. Snedeker | Nationstar Mortgage LLC d/b/a Mr. Cooper | 2020-06-03 |
| 20-12680-pmm | Taynia Prosser | Ardent Federal Credit Union | 2020-06-18 |
| 20-14002-djb | Neal R Hood | Lakeview Loan Servicing, LLC | 2020-10-07 |
| 20-14187-amc | Jeffery R. Coles and Dana R. Coles | JPMorgan Chase Bank, National Association | 2020-10-21 |
| 20-14222-amc | Peter Henry Demkovitz and Laura Claire Demkovitz | Select Portfolio Servicing, Inc. | 2020-10-23 |
| 20-14312-amc | Kia L Ragland | American Heritage Federal Credit Union | 2020-10-30 |
| 20-14312-amc | Kia L Ragland | Ardent Federal Credit Union | 2020-10-30 |
| 20-14772-amc | Daniel E Feldstein | American Heritage Federal Credit Union | 2020-12-17 |
| 20-14877-pmm | Milena Maria Serna | Nationstar Mortgage LLC | 2020-12-30 |
| 21-10283-amc | Joyce A Dobisch | Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust | 2021-02-05 |
| 21-10283-amc | Joyce A Dobisch | Specialized Loan Servicing, LLC | 2021-02-05 |
| 21-10942-pmm | Edward Cubernot | Wilmington Savings Fund Society, FSB as Owner Trustee of Residential Credit Opportunities Trust X-B | 2021-04-08 |
| 21-11104-djb | Marc Bonfiglio | Ardent Federal Credit Union | 2021-04-22 |
| 21-11178-djb | Victor M Sosa | Nationstar Mortgage LLC d/b/a Mr. Cooper | 2021-04-28 |
| 21-11410-pmm | Paul B McKenna and Andriana D McKenna | Nationstar Mortgage LLC d/b/a Mr. Cooper | 2021-05-18 |
| 21-11495-pmm | David F. Laforest and Julyn P. Laforest | JPMorgan Chase Bank, National Association | 2021-05-25 |
| 21-11605-djb | Paul John Koveleski | Carrington Mortgage Services, LLC | 2021-06-04 |
| 21-11933-djb | Diane D. Marshall | PHH Mortgage Corporation | 2021-07-13 |
| 21-12531-djb | Edgar L Brown | Lakeview Loan Servicing, LLC | 2021-09-14 |
| 21-12724-djb | Djeffly Dinvil | U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 | 2021-10-04 |
| 21-12831-pmm | Daniel J. Thompson and Maryann Thompson | American Advisors Group | 2021-10-18 |
| 21-12887-amc | Jamie P Wright | Carrington Mortgage Services, LLC | 2021-10-25 |
| 21-13256-djb | Michelle Lee Hillgrube | Nationstar Mortgage LLC | 2021-12-09 |
| 22-10046-djb | Andrea C. Jones | AMERICAN HERITAGE FCU | 2022-01-10 |
| 22-10326-djb | Del Francis Mintz | American Heritage Federal Credit Union | 2022-02-10 |
| 22-10872-amc | Suzanne Thorne | Ardent Federal Credit Union | 2022-04-04 |
| 22-10924-pmm | Brandon N. Gordon and Shannan D. Gordon | Nationstar Mortgage LLC | 2022-04-08 |
| 22-11020-djb | Richard Thurston | Longbridge Financial, LLC | 2022-04-21 |
| 22-11130-pmm | Sadie Smith | U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 | 2022-05-02 |
| 22-11157-pmm | Chad E. Kennedy | Nationstar Mortgage LLC | 2022-05-03 |
| 22-11168-djb | Andrew H Stewart and Edith M Stewart | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2025-HB1 | 2022-05-04 |
| 22-11195-amc | Remo Biscotti, Jr. | Nationstar Mortgage LLC | 2023-05-09 |
| 22-11253-pmm | Michael J. Aston and Linda L. Aston | Nationstar Mortgage LLC | 2022-05-16 |

| Case | Name | Creditor | Date |
|---|---|---|---|
| 22-11314-pmm | Natalie R Parker | JPMorgan Chase Bank, National Association | 2022-05-20 |
| 22-11401-amc | Eleanor P Piazza | Carrington Mortgage Services, LLC | 2022-05-31 |
| 22-11437-djb | Elaine Hyaciath Johnson | Chase Home Lending Mortgage Trust 2024-RPL1 | 2022-06-03 |
| 22-11465-pmm | Leonard J. Naumowicz | JPMorgan Chase Bank, National Association | 2022-06-06 |
| 22-11511-pmm | Damon A. Allen | JPMorgan Chase Bank, National Association | 2022-06-10 |
| 22-11590-pmm | Vincent Arrabito, Jr. | Nationstar Mortgage LLC | 2022-06-17 |
| 22-11606-amc | Rodney Marshall | FREEDOM CREDIT UNION | 2022-06-21 |
| 22-11620-amc | Frank A. Penna and Lisa Paone Penna | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | 2022-06-22 |
| 22-11709-amc | Mark Anthony Sabo | JPMorgan Chase Bank, National Association | 2022-06-29 |
| 22-11739-amc | Abdul B. Madyun | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch h Mortgage Investors Trust, Series 2005-HE3 | 2022-06-30 |
| 22-12026-pmm | Michele Gussman | Legacy Mortgage Asset Trust 2020-GS5 | 2022-08-03 |
| 22-12041-amc | Vladimir Albert | JPMorgan Chase Bank, National Association | 2022-08-04 |
| 22-12054-amc | Justice Takyi-Buachie | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4 | 2022-08-05 |
| 22-12119-pmm | Elvin Perez Santiago | Nationstar Mortgage LLC | 2022-08-12 |
| 22-12243-pmm | James Andrews | Broker Solutions Inc. dba New American Funding | 2022-08-26 |
| 22-12248-amc | Steven Ligato and Jo-Ann M. Ligato | JPMorgan Chase Bank, National Association | 2022-08-26 |
| 22-12328-amc | Theresa A. Holland | Nationstar Mortgage LLC | 2022-09-04 |
| 22-12378-amc | Redell Crabbe and Deborah Crabbe | Nationstar Mortgage LLC | 2022-09-08 |
| 22-12385-pmm | Daihana Aponte-Abreu | Lakeview Loan Servicing, LLC | 2022-09-08 |
| 22-12409-djb | Catalina Ottinger-Ovens | Pingora Loan Servicing, LLC | 2022-09-12 |
| 22-12544-djb | Edward Rudolph and Melanie Rudolph | Nationstar Mortgage LLC | 2022-09-22 |
| 22-12573-amc | Rosemary Blair | Carrington Mortgage Services, LLC | 2022-09-25 |
| 22-12610-amc | Jonathan Brighton | Nationstar Mortgage LLC | 2022-09-29 |
| 22-13029-amc | Deborah P Weldon | JPMorgan Chase Bank, National Association | 2019-05-10 |
| 22-13029-amc | Deborah P Weldon, Sr. | MEB Loan Trust VII | 2022-11-10 |
| 22-13076-pmm | Kathleen Louise Harper | JPMorgan Chase Bank, National Association | 2022-11-16 |
| 22-13158-amc | Anthony T. James | Specialized Loan Servicing LLC | 2022-11-28 |
| 22-13185-djb | Srinivasa Murthy Gopaluni and Saraswati Ganapavarapu | Nationstar Mortgage LLC | 2022-11-29 |
| 22-13228-amc | Chanel R. Drayton | Nationstar Mortgage LLC | 2022-12-01 |
| 22-13334-pmm | Troy Barton | Ardent Credit Union | 2022-12-13 |
| 22-13459-djb | Jason Dicampello and Ann M. DiCampello | Nationstar Mortgage LLC | 2022-12-30 |
| 23-10007-djb | Daniel R. Jelleyman, Jr. | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B | 2023-01-04 |
| 23-10042-djb | Joseph Anthony Grande, Jr. and Julie Judith Grande | Longbridge Financial, LLC | 2023-01-08 |
| 23-10066-djb | Donald R Greenwood, Jr. | Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) | 2023-01-10 |
| 23-10115-amc | Wineska Marin | JPMorgan Chase Bank, National Association | 2023-01-17 |
| 23-10127-djb | Mary Evon Wardlow | AMERICAN HERITAGE FCU | 2023-01-17 |
| 23-10204-pmm | Michael James Holub, Jr. | American Advisors Group | 2023-01-23 |
| 23-10267-djb | Christopher L. Rivera | New American Funding, LLC FKA Broker Solutions Inc. dba New American Funding | 2023-01-30 |
| 23-10291-amc | Jamar Matthews and Theresa Elaine Gundy | JPMorgan Chase Bank, National Association | 2023-01-31 |
| 23-10337-amc | Andre T. Morris | Bank of America, N.A | 2023-02-06 |
| 23-10401-amc | Darren Hector | Nationstar Mortgage LLC | 2023-02-10 |
| 23-10488-pmm | Crescent Naima Parker | Nationstar Mortgage LLC | 2023-09-21 |
| 23-10651-pmm | Daniel Michael Chelston and Susan Marie Chelston | The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D | 2023-03-06 |

| Case Number | Name | Entity | Date |
|---|---|---|---|
| 23-10681-pmm | Thomas B. Lasher, III | Carrington Mortgage Services, LLC | 2023-04-14 |
| 23-10729-amc | Doug Wilfert | JPMorgan Chase Bank, National Association | 2023-03-14 |
| 23-10787-amc | Mary Lee Trautman | New American Funding, LLC FKA Broker Solutions Inc. DBA New American Funding | 2023-03-17 |
| 23-10833-pmm | Janice K. Rigg | Carrington Mortgage Services, LLC | 2023-03-23 |
| 23-10844-pmm | Michael J. Adams | Lakeview Loan Servicing, LLC | 2023-03-24 |
| 23-11119-pmm | Jeffrey Dudash | Nationstar Mortgage LLC | 2023-04-18 |
| 23-11138-amc | Robert A. Francks | GS Mortgage-Backed Securities Trust 2021-RPL1 | 2023-04-20 |
| 23-11209-djb | Christopher M DeRose | Nationstar Mortgage LLC | 2023-04-24 |
| 23-11257-djb | Sotonye O Atemie | AMERICAN HERITAGE FCU | 2023-04-28 |
| 23-11341-pmm | Cody Helm | New American Funding, LLC FKA Broker Solutions Inc. DBA New American Funding | 2023-05-08 |
| 23-11445-pmm | Jose Cruz | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 | 2023-05-17 |
| 23-11524-djb | Deborah M. Sabatino | AMERICAN HERITAGE FCU | 2023-05-24 |
| 23-11533-amc | Michael A. Raddi | U.S. Bank National Association, as Trustee, on behalf of the COLT 2020-2 Mortgage Loan Trust, a New York common law trust | 2023-05-25 |
| 23-11624-djb | Stephen Wilkinson | Carrington Mortgage Services, LLC | 2023-06-01 |
| 23-11636-pmm | Albert James Freed | Nationstar Mortgage LLC | 2023-06-01 |
| 23-11684-amc | John A Power and Lois E Power | Reverse Mortgage Funding LLC | 2023-06-08 |
| 23-11704-pmm | Mary E Franklyn | Ardent Federal Credit Union | 2023-06-09 |
| 23-11795-amc | Denise S Yeager | Newrez LLC d/b/a/ Shellpoint Mortgage Servicing | 2023-06-19 |
| 23-11952-djb | Alisa M Hill | The Bank of New York Mellon, f/k/a The Bank of New York as successor-in-interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2 Asset-Backed Certificates, Series 2006-SD2 | 2023-06-30 |
| 23-12388-amc | Darrin Johnson and Talicia Johnson | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F | 2023-08-09 |
| 23-12519-pmm | Paul A. Hinckley, III | Carrington Mortgage Services, LLC | 2023-08-24 |
| 23-12558-amc | Curtis A Hawk | Ardent Credit Union | 2023-08-28 |
| 23-12561-djb | Chardae Taylor | Ardent Credit Union | 2023-08-28 |
| 23-12699-pmm | Mark R Griffin | GITSIT Solutions, LLC | 2023-09-08 |
| 23-12786-djb | Harriet Henry | Ardent Credit Union | 2023-09-15 |
| 23-12816-amc | Basimah N. Sami | Ardent Credit Union | 2023-09-19 |
| 23-12855-pmm | Roger L Longenbach | Finance of America Reverse LLC | 2023-09-20 |
| 23-12862-pmm | William J. Maguire | Ardent Credit Union | 2023-09-21 |
| 23-12866-djb | Courtney R. Snyder | Carrington Mortgage Services LLC | 2023-09-21 |
| 23-12889-pmm | Peter John Dellaquila | Wilmington Savings Fund Society, FSB, as Trustee of Quercus Mortgage Investment Trust | 2023-09-25 |
| 23-12955-pmm | Steven J. Gibson | Nationstar Mortgage LLC | 2023-09-29 |
| 23-13063-amc | Brian Keith Beady and Christine M Beady | JPMorgan Chase Bank, National Association | 2023-10-11 |
| 23-13078-pmm | Dale W. Thorpe | JPMorgan Chase Bank, National Association | 2023-10-13 |
| 23-13131-djb | David P. Gagliardi | SAILFISH SERVICING, LLC | 2023-10-19 |
| 23-13163-djb | Dale Gallagher | Longbridge Financial, LLC | 2023-10-22 |
| 23-13218-pmm | Monica L Humphrey and William James Humphrey | JPMorgan Chase Bank, National Association | 2023-10-26 |
| 23-13325-djb | Vanessa M Kirby and Eugene C Kirby, Jr. | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for  Newcastle Mortgage Securities Trust 2007-1 | 2023-11-02 |
| 23-13457-pmm | Julio A. Duval | CARRINGTON MORTGAGE SERVICES, LLC | 2023-11-14 |
| 23-13480-pmm | Javan P. Shackelford, Sr. and Danielle Shackelford | Carrington Mortgage Services, LLC | 2023-11-15 |
| 23-13518-djb | Kathy Pfanders | Ardent Credit Union | 2023-11-20 |
| 23-13560-pmm | Wayne Stewart Brensinger and Michelle Louise | JPMorgan Chase Bank, National Association | 2023-11-22 |
| 23-13577-pmm | Gwen J. Cantwell | Nationstar Mortgage LLC | 2023-11-27 |
| 23-13614-pmm | Amelia Woodson | UNITED WHOLESALE MORTGAGE, LLC. | 2023-11-29 |

| Case | Debtor | Creditor | Date |
|---|---|---|---|
| 23-13637-pmm | David Pawloski | JPMorgan Chase Bank, National Association | 2023-11-30 |
| 23-13657-pmm | Jose R. Nieves and Laura E. Nieves | Siwell Inc. dba Capital Mortgage Service Of Texas | 2023-12-01 |
| 24-10092-pmm | Billy Joe Caban and Jessica Christine Eaton | Ardent Credit Union | 2024-01-12 |
| 24-10103-amc | Mark A. Brennan and Danielle A. Brennan | American Heritage Federal Credit Union | 2024-01-15 |
| 24-10241-amc | Paul Labrake | AMERICAN HERITAGE FCU | 2024-01-26 |
| 24-10543-amc | Nelson Suarez and Marbelly Sevilla | Nationstar Mortgage LLC | 2024-02-19 |
| 24-10586-amc | Frank Brown, Jr. | Bank United N.A. | 2024-02-23 |
| 24-10619-pmm | Charles Ireland | FREEDOM CREDIT UNION | 2024-02-26 |
| 24-10831-amc | Ricardo S. McCourtie | Carrington Mortgage Services, LLC | 2024-03-11 |
| 24-10974-amc | Leslie Dale Bright and Ryan Nicole Cook | Ardent Credit Union | 2024-03-22 |
| 24-11079-pmm | Janet Ann Reichard | Carrington Mortgage Services LLC | 2024-03-29 |
| 24-11251-pmm | Cynthia A. Lambert | Carrington Mortgage Services LLC | 2024-04-12 |
| 24-11285-amc | Amber L. Cruz | Capital Mortgage Services of Texas | 2024-04-16 |
| 24-11327-pmm | Lorraine Pierce | PNC Bank, National Association | 2024-04-18 |
| 24-11327-pmm | Lorraine Pierce | FREEDOM CREDIT UNION | 2024-04-18 |
| 24-11409-pmm | Keith A Young | Bank United N.A. | 2024-04-26 |
| 24-11440-djb | Vincent T Carcel | JPMorgan Chase Bank, National Association | 2024-04-30 |
| 24-11730-amc | Joshua Davis | JPMorgan Chase Bank, National Association | 2024-05-21 |
| 24-11738-amc | Stephen Charles Rowland and JoAnn Michele | FIRST HERITAGE FINANCIAL LLC | 2024-05-22 |
| 24-11849-pmm | Gregory Clark Hamilton | PNC BANK, NATIONAL ASSOCIATION | 2024-05-31 |
| 24-11981-pmm | Jeremias Soto Torres | FIRST HERITAGE FINANCIAL LLC | 2024-06-10 |
| 24-12034-djb | Sheree Pinckney | American Heritage Federal Credit Union | 2024-06-14 |
| 24-12117-amc | Steven H. Mitchem and Cindy M. Mitchem | PNC Bank, National Association | 2024-06-20 |
| 24-12219-pmm | Shawn E. Smith and Jaime L. Smith | Carrington Mortgage Services, LLC | 2024-06-27 |
| 24-12228-amc | David Frederick Ralls, Jr | Ardent Credit Union | 2024-06-27 |
| 24-12274-amc | Anthony Tudisco | JPMorgan Chase Bank, National Association | 2024-07-01 |
| 24-12336-djb | Michael Curtin Ponce | JPMorgan Chase Bank, National Association | 2024-07-08 |
| 24-12438-djb | Andrew C Mang | FREEDOM CREDIT UNION | 2024-07-16 |
| 24-12490-djb | Michelle Felder | PNC BANK, NATIONAL ASSOCIATION | 2024-07-19 |
| 24-12546-amc | Alexx Matthew Sites | Carrington Mortgage Services, LLC | 2024-07-23 |
| 24-12568-djb | Rebecca J Salzano | Carrington Mortgage Services, LLC | 2024-07-25 |
| 24-12940-djb | Barton L. Skurbe | Ardent Credit Union | 2024-08-22 |
| 24-13085-pmm | William Dietrich | JPMorgan Chase Bank, National Association | 2024-08-31 |
| 24-13090-pmm | Codey A. Geist | Carrington Mortgage Services, LLC | 2024-08-31 |
| 24-13099-pmm | Ivy Faye Wenrich | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | 2024-09-03 |
| 24-13162-amc | Simone H. Blake | Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Captial I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3 | 2024-11-18 |
| 24-13213-amc | Derek Washington | Finance of America Reverse LLC | 2024-09-11 |
| 24-13521-pmm | Andrea M. Matos and Megan N. Matos | PNC Bank, N.A. | 2024-09-30 |
| 24-13523-pmm | Albert Franz Masters and Susan L. Masters | Carrington Mortgage Services LLC | 2024-09-30 |
| 24-13545-amc | Daniela Brenchak | Carrington Mortgage Services, LLC | 2024-10-01 |
| 24-13645-pmm | Maria Elena De Los Santos | Carrington Mortgage Services, LLC | 2024-11-19 |
| 24-14077-pmm | Angela Bueno | JPMorgan Chase Bank, National Association | 2024-11-13 |
| 24-14086-amc | Farooq Shehzad and Nosheen Shehzad | PNC Bank, N.A. | 2024-11-13 |

| Case Number | Name | Creditor | Date |
|---|---|---|---|
| 24-14091-amc | Everett T. Stowe, III | Ardent Credit Union | 2024-11-14 |
| 24-14101-pmm | Joanne Paret Torres | Carrington Mortgage Services, LLC | 2024-11-14 |
| 24-14109-amc | Wallace Jay Smithson, Jr. | JPMorgan Chase Bank, National Association | 2024-11-15 |
| 24-14216-djb | Gary W Hitch, Jr. | Ardent Credit Union | 2024-11-25 |
| 24-14274-djb | Thelma M Moore | Towd Point Mortgage Trust 2018-3, U.S. Bank National Association, as Indenture Trustee | 2024-11-27 |
| 24-14290-djb | Quiana C Smith | FREEDOM CREDIT UNION | 2024-11-30 |
| 24-14323-amc | Michael Maglio | Residential Credit Opportunities Trust XI-A | 2024-12-03 |
| 25-10077-pmm | Lisa Frances Steiner | Newrez LLC dba Shellpoint Mortgage Servicing | 2025-01-08 |
| 25-10196-amc | Lillian E. Watson | PNC Bank, National Association | 2025-01-16 |
| 25-10250-djb | Sheree N. Isaac | Carrington Mortgage Services, LLC | 2025-01-21 |
| 25-10264-amc | Matthew James Fischer | Wilmington Savings Fund Society, FSB, as Trustee of Quercus Mortgage Investment Trust | 2025-01-22 |
| 25-10330-pmm | Jeffrey A. Wolfe | Carrington Mortgage Services, LLC | 2025-01-27 |
| 25-10337-pmm | McArthur Anthony Paulemont | Carrington Mortgage Services, LLC | 2025-01-28 |
| 25-10444-amc | Michael D. Burns and Tammy Burns | Carrington Mortgage Services, LLC | 2025-02-03 |
| 25-10558-amc | John A. Quinn | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | 2025-02-12 |
| 25-10687-amc | Annmarie Josephs | Carrington Mortgage Services, LLC | 2025-02-21 |
| 25-10738-amc | Heather A. Zimmerman | Carrington Mortgage Services, LLC | 2025-02-25 |
| 25-10822-amc | Philip A Kelsch and Melanie Kelsch | JPMorgan Chase Bank, National Association | 2025-02-28 |
| 25-10958-pmm | Robert T. Hoffman | PNC Bank, National Association | 2025-03-10 |
| 25-11044-djb | Leigh Ann Myers | Mutual of Omaha Mortgage Servicing, Inc. | 2025-03-18 |
| 25-11125-pmm | Sandra Ann Tacker | Carrington Mortgage Services, LLC | 2025-03-24 |
| 25-11242-djb | Monica Corsack | AMERICAN HERITAGE FCU | 2025-03-31 |
| 25-11520-amc | Matthew D Keller | Sun East FCU | 2025-04-18 |
| 25-11788-djb | Amy Beth Britner | AMERICAN HERITAGE FCU | 2025-05-06 |
| 25-11878-djb | Richard G. Ambrose, Jr. | Carrington Mortgage Services, LLC | 2025-05-12 |
| 25-11941-amc | San San Tin | PNC Bank, N.A. | 2025-05-15 |
| 25-12030-pmm | Michael L. Natysyn | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-HE1 Asset Backed Pass-Through Certificates, Series 2007-HE1 | 2025-05-22 |
| 25-12195-djb | Rita M. Melvin | Ardent Credit Union | 2025-05-31 |
| 25-12213-djb | Clotilde Almonte-Tejada | Bank United N.A. | 2025-06-02 |
| 25-12317-pmm | Plavilayil Somarajan | Bank of America, N.A. | 2025-06-10 |
| 25-12451-pmm | Johnnie Benjamin Holmes, Jr. | The Bank of New York Mellon, as Trustee for the Bear Stearns Asset BackedSecurities Trust 2003-1, Asset-Backed Certificates, Series 2003-1 | 2025-06-18 |
| 25-12559-pmm | Theresa Brown Thornton | Deutsche Bank National Trust Company, as Trustee, in trust for registered holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust. | 2025-06-25 |
| 25-12784-amc | Venita Despot | JPMorgan Chase Bank, National Association | 2025-07-11 |
| 25-13030-djb | Michael T King | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | 2025-07-30 |
| 25-13049-djb | Lissa Carmell Cole | FREEDOM CREDIT UNION | 2025-07-31 |
| 25-13081-pmm | Michele Lacy Confer | PNC Bank, National Association | 2025-08-01 |
| 25-13094-amc | Cesar P. Miranda | JPMorgan Chase Bank, National Association | 2025-08-04 |
| 25-13130-pmm | Brenda E Allen | CARRINGTON MORTGAGE SERVICES, LLC | 2025-08-06 |
| 25-13244-djb | Carmelle Jean-Paul | American Heritage Federal Credit Union | 2025-08-15 |
| 25-13359-amc | Lamarr Ingram | JPMorgan Chase Bank, National Association | 2025-08-25 |
| 25-13391-amc | Jaime Lee Stewart | North American Savings Bank | 2025-08-26 |
| 25-13457-djb | Douglas H Derrickson and Karen T Derrickson | JPMorgan Chase Bank, National Association | 2025-08-29 |
| 25-13528-pmm | John Thomas Schaeffer | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | 2025-09-04 |

| Case | Debtor | Creditor | Date |
|---|---|---|---|
| 25-13535-amc | Rondiya A. Hunter | CITIGROUP GLBL MKTS REAL | 2025-09-04 |
| 25-13580-djb | Verna A. Butler | PNC Bank, N.A. | 2025-09-08 |
| 25-13606-amc | Robert W. Stotz and Sandra L. Stotz | PNC Bank, N.A. | 2025-09-08 |
| 25-13644-djb | Roseann Termine and Gregory R. Anders | JPMorgan Chase Bank, National Association | 2025-09-10 |
| 25-13695-amc | Isobel R Lone | Carrington Mortgage Services LLC | 2025-09-15 |
| 25-13726-amc | Migdalia Ortiz | PNC Bank, National Association | 2025-09-16 |
| 25-13742-djb | Tracy M. Pressley | Ardent Credit Union | 2025-09-16 |
| 25-13747-amc | Janee Gray | Ardent Credit Union | 2025-09-17 |
| 25-13897-djb | Anita Tina Bellosi | JPMorgan Chase Bank, National Association | 2025-09-25 |
| 25-14065-djb | Rayna Colleen Novak | JPMorgan Chase Bank, National Association | 2025-10-07 |
| 25-14267-pmm | Frank G. Ramos, Sr. | Carrington Mortgage Services LLC | 2025-10-21 |
| 25-14458-amc | Ralph Grasso | JPMorgan Chase Bank, National Association | 2025-11-02 |
| 25-14504-pmm | Robert Tees and Robin L Tees | CSMC 2021-RPL3 Trust | 2025-11-05 |